# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRANCE WEED,<br>　　Plaintiff<br><br>V.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, STATE STREET BANK AND TRUST COMPANY GROUP LONG TERM DISABILITY PLAN,<br><br>　　Defendants | CIVIL ACTION NO. 08-10969-NG |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. Rule 36, Plaintiff requests that defendants answer separately, fully and under oath, the following interrogatories within thirty days of service.

**Definitions and Instructions**

A. This request is governed by and incorporates by reference the Local Civil Rules of the U.S. District Court for the District of Massachusetts, with particular regard to discovery requests.

B. "Prudential" means defendant The Prudential Insurance Company of America, its committees, its predecessors, successors, parents or subsidiaries, affiliates, or segments or divisions, and its present or former employees, agents, attorneys, accountants, officers, directors, trustees, or trustees in bankruptcy.

C. "QME" means "Qualified Medical Examiners, Inc." its committees, its predecessors, successors, parents or subsidiaries, affiliates, or segments or divisions, and its present or former employees, agents, attorneys, accountants, officers, directors, trustees, or trustees in bankruptcy.

1

D. "LTD Plan" means the Long Term Disability Plan insuring the plaintiff.

E. In responding to this request, you are expected to comply with Local Civil Rule 26.2 for each document responsive to this request withheld pursuant to a claim of privilege or work product.

F. Unless otherwise specified, the relevant time period of this request is January 1, 2005, to present.

## Interrogatories

1. From 2005 to the present, in what capacity did John LoCascio, M.D. work with Prudential?

2. During each year from 2005 to the present, on how many occasions did John LoCascio, M.D. render a medical opinion on an insured's claim, at the request of Defendants?

3. During each year from 2005 to the present, on how many occasions did John LoCascio, M.D. render a medical opinion on an insured's claim that found an insured to be disabled?

4. For each year from 2005 to the present, please state the number of files that Prudential referred to QME and QME's affiliated companies or entities, how much Prudential paid for each review, and how much in total, Prudential paid to QME and QME's affiliated companies or entities.

5. For each year from 2005 to the present, please state the number of files referred to QME by Prudential in which QME reviewers found the insured to be disabled.

Dated: December 8, 2008                                     Respectfully submitted,


/s/ Mala M. Rafik
Mala M. Rafik (BBO No. 638075)
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 350
Boston, MA 02108
(617) 723-7470

**ATTORNEY FOR THE PLAINTIFF**